AO 240 (Rev. 6/86)  Application to Proceed ®

# United States District Court

——————————— DISTRICT OF ———————————

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

Eric C. Duarte   V.  M.S.Evans/Warden

CASE NUMBER:  C07 - 5678 JF

---

I, <u>Eric Cresencio Duarte</u>                    , declare that I am the *(check appropriate box)*

☒ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant        ☐ _____
                                          *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                    Yes ☐    No ☒

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   Last employed November of 2001; $1,600.00 per month

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment     Yes ☐    No ☒
   b. Rent payments, interest or dividends?                      Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?           Yes ☐    No ☒
   d. Gifts or inheritances?                                     Yes ☐    No ☒
   e. Any other sources?                                         Yes ☒    No ☐

FILED

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☐    No ☒    (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☐    No ☒

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/4/07
(Date)

_Eric Duarte_
Signature of Applicant

---

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

## ORDER OF COURT

The application is hereby denied

_____    _____
United States Judge    Date

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____    _____
United States Judge    Date
or Magistrate

_____Eric Cresencio Duarte_____
(Petitioner)

____M.S.Evans/Warden____
(Respondent[s])

**DECLARATION IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

I, ____Eric Cresencio Duarte____ , declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?

   ☐ Yes    ☒ No

   (a) If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. _____

   _____

   (b) If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.   November of 2001; $1,600.00 per month _____

   _____

2. Have you received, within the past twelve (12) months, any money from the following sources?

   (a) Business, profession or form of self-employment?    ☐ Yes    ☒ No
   (b) Rent payments, interest or dividends?                ☐ Yes    ☒ No
   (c) Pensions, annuities or life insurance payments?      ☐ Yes    ☒ No
   (d) Gifts or inheritances?                               ☐ Yes    ☒ No
   (e) Any other source?                                    ☒ Yes    ☐ No

   If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve (12) months:  Money orders from family members for support,$300.00,

   $100.00,$100.00.. approximate total:$500.00 _____

3. Do you own any cash, or do you have money in a checking or savings account?
   *(Include any funds in prison accounts)*

   ☐ Yes    ☒ No

   If the answer is "yes", state the total value of the items owned: _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property?
   *(Exclude ordinary household furnishings and clothing)*

   ☐ Yes    ☒ No

   If the answer is "yes", describe the property and state its approximate value: _____

   _____

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____

_____

_____

_____

_____

_____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on

_11/4/07_____
Date

_Eric Duarte_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated: _____        _____
                                 Authorized Officer of Institution

                                 _____
                                 Title of Officer

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

CV-69 (07/02)

1

2                                                    Case Number: _____

3

4

5

6

7

8

9                          CERTIFICATE OF FUNDS

10                                   IN

11                         PRISONER'S ACCOUNT

12

13          I certify that attached hereto is a true and correct copy of the prisoner's trust account

14 statement showing transactions of Duarte, Eric          for the last six months

T24814

15 at

16     SALINAS VALLEY STATE PRISON
       ACCOUNTING DEPARTMENT                  [prisoner name]
       P.O. BOX 1020
17     SOLEDAD, CA 93960-1020
   _____  where (s)he is confined.

18              [name of institution]

19          I further certify that the average deposits each month to this prisoner's account for the

20 most recent 6-month period were $ _____0_____ and the average balance in the prisoner's

21 account each month for the most recent 6-month period was $ _____0_____.

22

23 Dated: 11/6/07                        L. macias

24                                       [Authorized officer of the institution]

25

26

27

28

REPORT ID: TS3030   .701

REPORT DATE: 11/06/
PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2007 THRU NOV. 06, 2007

ACCOUNT NUMBER : T24814
ACCOUNT NAME   : DUARTE, ERIC
PRIVILEGE GROUP: B

BED/CELL NUMBER: FAB4T2000000235L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 10/18/2007 | H118 | LEGAL COPIES HOLD | 1116 LCOPY | 2.10 |
| 10/19/2007 | H114 | COPAY FEE, MED. | 1117 COPAY | 5.00 |
| 10/25/2007 | H118 | LEGAL COPIES HOLD | 1186 LCOPY | 0.60 |
| 11/05/2007 | H104 | DAMAGES HOLD | 1243 ID | 5.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 12.70 | 0.00 |



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.  11/6/07
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY 𝓛. Macias SVSP
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

12.70