UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JF

ERIC CRESENCIO DUARTE
Plaintiff,

vs.

M.S. EVANS
Defendant.

CASE NO. CV 07 5678

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, ERIC C. DUARTE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________ Net: ____________

Employer: ____________

____________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

5 STAR WINDOW AND DOORS "SCOTTS WINDOW AND DOORS"

$1,600.00 PER MONTH

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? Yes X No ___

Spouse's Full Name: JOELLA MARIE DUARTE

Spouse's Place of Employment: UNKNOWN

Spouse's Monthly Salary, Wages or Income:

Gross $ " " Net $ "

4. a. List amount you contribute to your spouse's support:$ NONE

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

____________________________________________________

____________________________________________________

5. Do you own or are you buying a home? Yes ____ No X

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No X

Make ____________ Year __________ Model ____________

Is it financed? Yes ____ No ____ If so, Total due: $ ____________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ________________________

____________________________________________________

Present balance(s): $ ________________________

Do you own any cash? Yes ____ No X Amount: $ ____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No X

____________________________________________________

8. What are your monthly expenses?

Rent: $ ____________ Utilities: ____________

Food: $ ____________ Clothing: ____________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| __________ | $ __________ | $ __________ |
| __________ | $ __________ | $ __________ |
| __________ | $ __________ | $ __________ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

$10,000.00 RESTITUTION ; $250.00 COURT FEES

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

11/19/07 — Eric C L [signature]

DATE — SIGNATURE OF APPLICANT

Case Number: CV07-5678(PR)

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ______________________________ [prisoner name] for the last six months ______________________________________ [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ______________ and the average balance in the prisoner's account each month for the most recent 6-month period was $______________.

Dated:______________

______________________________________
[Authorized officer of the institution]

REPORT ID: TS3030 .701

REPORT DATE: 11/26/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2007 THRU NOV. 26, 2007

ACCOUNT NUMBER : T24814
ACCOUNT NAME : DUARTE, ERIC
PRIVILEGE GROUP: B

BED/CELL NUMBER: FAB4T2000000235L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 11/05/2007 | H104 | DAMAGES HOLD | 1243 ID | 5.00 |
| 11/13/2007 | H118 | LEGAL COPIES HOLD | 1324 LCOPY | 7.80 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 12.80 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 11/26/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY L. Macias SUSP
TRUST OFFICE

| CURRENT AVAILABLE BALANCE |
|---|
| 12.80- |

Case Number: ______________

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Duarte, Eric T24814 for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020

[prisoner name]

where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0.

Dated: 11/26/07

L. Macias

[Authorized officer of the institution]