RECEIVED

Clerk Of The Court,U.S.Dist.Court
Northern Dist.Of California
Federal Office Building
450 Golden Gate Avenue
San Francisco,California 94102-3483

ᖴᕮᗷ – 4 2008

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

January 31st,2008

Re: Eric C. Duarte v. M.S. Evans-Warden,Case No.CV 07-JF-5678 (PR)

Dear Clerk,

    On November 8th,2007 in the above entitled-case name this

court filed my Writ of Habeas Corpus.

    I am writing to request your assistance with obtaining

a updated Docket Report in the above entitled case for my file.

    Your assistance in this matter would be greatly appreciated

thank you very much.

Very truly yours,

Eric C. Duarte,T-24814
Salinas Valley State Prison
Facility A4/235
P.O.Box 1050
Soledad,California 93960-1060

Salinas Valley State Prison
Facility A4/235
P.O. Box 1050
Soledad, California 93960-1060

STATE PRISON
GENERATED MAIL
Legal Mail

9410233661 C004

Clerk of the Court, US Dist. Court
Northern District of California
Federal Office Building
450 Golden Gate Avenue
San Francisco, California 94102-3483