```
Eric Cresencio Duarte, T-24814
Salinas Valley State Prison
P.O.BOX 1050
Soledad, California 93960-1060
In Pro-se
```

FILED
2008 APR 24 A 9:48
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric C. Duarte,<br><br>   Petitioner,<br><br>vs.<br><br>M.S. Evans,<br><br>   Respondent. | No. C07-5678 JF(PR)<br><br>PETITIONER'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE, WHY PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO EXHAUST STATE REMEDIES, AND REQUEST TO PROCEED WITH PETITION ON EXHAUSTED CLAIMS |

  Comes now Eric C. Duarte, (Petitioner) a state prisoner proceeding in pro-se, Responding to the Court's order to show cause why petition should not be dismissed for failure to exhaust state remedies, and request to proceed with petition on exhausted claims.

### BACKGROUND

  In the instant petition filed on November 8, 2007 Petitioner had indicated he was at that time, proceeding in post-conviction remedies (petition at 5) in the Santa Clara Superior Court, That petition was filed on September 12, 2007, There, petitioner sought relief on the following grounds;

  1. Ineffective assistance of counsel;

  2. Newly Discovered evidence and,

Petitioner's response to the court's order to show sause, why petition should not be dismissed for
failure to exhaust state remedies,                                      Page -1-

3. Prosecutorial misconduct.

On October 11, 2007 the Santa Clara Superior Court filed a "Order" denying the petition, hereto attached as (Exhibit"A").

In the instant petition, The Court issued a "Order" Granting petitioner's motion to proceed in forma pauperis, and a order to show cause why petition should not be Dismissed for failure to Exhaust State Remedies, and ordered petitioner to file a response addressing;

1. Whether petitioner has a habeas petition, appeal, or other post-conviction proceeding now pending before the State Court; and
2. Whether the instant petition challenges the same conviction at issue in petitioner's State case (order at ¶3:2-6).

I

PETITIONER'S RESPONSE TO

ORDER TO SHOW CAUSE

Based upon the Superior Court's order denying petition, at page 2:5-11, Petitioner chose to waive any further post-conviction remedies, Therefore, petitioner has no pending habeas petitions, appeals, or other post-conviction proceedings pending and;

The grounds raised in petitioner's state habeas in the Superior Court of Santa Clara were issues related to his pending State case.

///

Petitioner's Response to the Court's order to show cause, why petition should not be dismissed for failure to exhaust state remedies, and request to proceed with petition on exhausted claims.

Page -2-

DISCUSSION

Petitioner proceeding in pro se is a green horn at law and not understanding the complexity, He misunderstood and believed that;

1. The declaration provided by "Richard Sanchez"(Petition Exhibit"A");
2. Ineffective Assistance of Counsel and;
3. Prosecutorial Misconduct

must be first exhausted at th State Level before being raised in a Federal Petition If those claims fundamentally alter the exhausted claims raised.

Here in the instant case they do not alter the claims raised, they do however, supplement the issues raised, See Morris v. Dretke (C.A.5(Tex)2005)413 F.3d at 491"As a general rule, the statutory requirement that federal Habeas petitioners fully exhaust available State court remedies before proceeding in federal Court does not require dismissal when evidence presented for the first time in a habeas proceeding supplements, but does not fundamentally alter, the claim presented to the State courts".

Here in the instant petition, Ralph Baca(hereafter Mr.Baca) was the state's star witness, evidence was presented at trial that Mr.Baca was Jealous of petitioner for sleeping with his wife Teresa Baca(RT:99-104)(Petition at 6(j)11-14) Mr.Baca while at the Santa Clara county Jail during petitioner's trial had a discussion with "Richard Sanchez" That conversation was provided to petitioner in the form of a declaration by Richard Sanchez", therefore this declaration by Mr.Sanchez does not
///

alter the claim petitioner raised in the instant petition that Mr.Baca set petioner up,but merely supports that claim.

As to the claim of Ineffective Assistance of counsel raised in the state petition,this claim was already reaised and denied in petitioner's appeal(Superior court's order ¶2:9-10).

The claim of prosecutorial misconduct,this claim was also denied Id at 10-11,However,in a different context,petitioner therefore withdrawls this claim See Rhines v. Weber,(U.S.2005)125 S.Ct 1528,544 U.S.278"The Court should allow the petitioner to delete the unexhausted claims and to proceed with the exhausted claims if dismissal of the entire petition would unreasonably impair the petitioner's Right to obtain Federal relief"(Quoting Lundy,455 U.S.,at 522 102 S.Ct.1198.)

CONCLUSION

1. Petitioner withrawls state petition,and
2. Respectfully request the Court to proceed with exhausted claims therein raised in the instant petition.

///

///

Petitioner's response to the Court's order to show cause why petition should not be dismissed for failure to exhaust state remedies,and request to proceed with petition on exhausted claims.

page-4-

VERIFICATION

I, Eric Cresencio Duarte, State:

I am the petitioner in this action. I have read the foregoing Responce to the court's order to show cause, why petition should not be dismissed for failure to exhaust State remedies, and request to proceed with petition on exhausted claims, and the facts therein stated on my own information and belief, and as to matters i believe them to be true.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct and that this declaration was executed on April 20, 2008, at Salinas Valley State Prison, California.

*Eric C. Duarte*
Eric C. Duarte, T-24814
Petitioner

///

///

Petitioner's response to the Court's order to show cause why petition should not be dismissed for failure to exhaust state remedies, and request to proceed with petition on exhausted claims.

page-5-

# EXHIBIT COVER PAGE  A

EXHIBIT

**DESCRIPTION OF THIS EXHIBIT:**

SUPERIOR COURT "ORDER" Case No. CC09204

**NUMBER OF PAGES TO THIS EXHIBIT:** __2__ PAGES

**JURISDICTION: (CHECK ONLY ONE)**

- [ ] MUNICIPAL COURT
- [ ] SUPERIOR COURT
- [ ] APPELLATE COURT
- [ ] STATE SUPREME COURT
- [x] UNITED STATES DISTRICT COURT
- [ ] STATE CIRCUIT COURT
- [ ] UNITED STATES SUPREME COURT
- [ ] GRAND JURY

FILED

OCT 11 2007

_____ Clerk
Superior Court of Santa Clara
BY _____ DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

In re

    ERIC DUARTE

On Habeas Corpus

No.: CC309204

ORDER

ERIC DUARTE (hereinafter "Petitioner") has filed a petition for writ of habeas corpus in which he presents a newly discovered evidence claim in the form of a written declaration by Richard Sanchez. In this declaration, Sanchez claims that he previously expressed his desire to "get even with [Petitioner] by setting him up." Petitioner has failed to make a prima facie showing of newly discovered evidence. In order to make a proper claim of newly discovered evidence, Petitioner must show that the evidence was such that it would "undermine the entire prosecution case and point unerringly to innocence or reduced culpability." (People v. Gonzalez (1990) 51 Cal.3d 1179, 1246.) Evidence relevant only to

1  an issue already disputed at trial, which does no more than
2  conflict with trial evidence, does not constitute "'new evidence'
3  that fundamentally undermines the judgment.'" (Id., at p. 1247.)
4  As there was contrary evidence introduced at trial regarding
5  Petitioner's involvement, at best, the evidence now presented by
6  Petitioner only conflicts with the trial evidence and does not
7  unerringly point to Petitioner's alleged innocence.
8
9     The remainder of Petitioner's claims are hereby rejected
10 because they were either raised previously and rejected, or they
11 should have been raised with Petitioner's previous writ(s) or
12 appeal. (*In re Clark* (1993) 5 Cal.4th 750, 767-768; *In Re Harris*
13 (1993) 5 Cal.4th 813.)
14
15    Accordingly, the petition is DENIED.

DATED: 11 Oct '07

RENE NAVARRO
JUDGE OF THE SUPERIOR COURT

cc: Petitioner's Attorney
    District Attorney
    Research (k)
    CJIC

2

| STATE OF CALIFORNIA | COUNTY OF MONTEREY |

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC 1746)

I, __Eric Cresencio Duarte__ declare under penalty of perjury that: I am the __Petitioner__ in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this __20th__ day of __April__, 20__08__, at Salinas Valley State Prison, Soledad, CA 93960-1050.

(Signature) __Eric C. Duarte__
DECLARANT/PRISONER

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, __Eric Cresencio Duarte__, am a resident of California State Prison, I the County of Monterey, State of California; I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, CA 93960-1050.

On __April 20th__, 20__08__, I served the foregoing: __Petitioner's response to the Court's Order to show cause__

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, CA 93960-1050.

| Office of the clerk, U.S. District Court | Office of the State Attorney general |
| Norhtern District Of California | P.O. BOX 944255 |
| 280 South First Street, Room 2112 | Sacramento, California 94244-2550 |
| San Jose, California 95113-3095 | |

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: __April 20th__, 20__08__

__Eric C. Duarte__
DECLARANT/PRISONER

**STATE PRISON GENERATED MAIL**

LEGAL MAIL / CONFIDENTIAL

LEGAL MAIL ONLY

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

UNITED STATES POSTAGE
PITNEY BOWES
$00.750
APR 22 2008
MAILED FROM ZIP CODE