FILED

SEP 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC CRESENCIO DUARTE,<br>    Petitioner,<br>  v.<br>M.S. EVANS, Warden,<br>    Respondent. | No. C 07-05678 JF (PR)<br>**JUDGMENT** |

The Court has denied the instant petition for writ of habeas corpus on the merits. Therefore, judgment is entered in favor of Respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: _____

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\HC.07\Duarte678.jud.md.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC C. DUARTE,

        Petitioner,

v.

M. S. EVANS, Warden,

        Respondent.

Case Number: CV07-05678 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/23/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Cresencio Duarte T-24814
Salinas Valley State Prison
Facility A4/235/L
PO Box 1050
Soledad, CA 93960

Dated: 9/23/11

Richard W. Wieking, Clerk
G Sarvin, Deputy Clerk